# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS VIVIANO, | |
| Plaintiff, | CIVIL ACTION NO. 3:14-CV-01018 |
| v. | |
| HAZLETON AREA SCHOOL DISTRICT, et al., | (MEHALCHICK, M.J.) |
| Defendants. | |

## ORDER

AND NOW, on this 19th day of August, 2016, for the reasons set forth in the Memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED THAT** Defendants' motion for summary judgment (Doc. 33), is **GRANTED** and Defendants' motion to strike Plaintiff's declaration (Doc. 40), is **DENIED AS MOOT**. The Clerk is directed to **CLOSE** the above-captioned case.

Dated: August 19, 2016

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**